**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 1396
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 011920
**CALLISTER LAW GROUP**
330 East Charleston Boulevard, Suite 100
Las Vegas, NV 89104
Tel. (702) 333-3334
Fax. (702) 385-2899
*EMAILS: mqc@callcallister.com*
*        mbisson@callcallister.com*
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNIVERSARY MINING CLAIMS, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> -vs- <br><br> THE FIVE STAR TRUST DATES 05/27/2015, a Nevada trust; P8 EQUIPMENT, LLC, a Nevada limited liability company; KEWITT INFASTRUCTURE WEST CO., a California Corporation; DIVISION OF RIGHT OF WAY AND LANDS SURVERYS, a California state agency; ERIC CHRISTENSEN, an individual, <br><br> Defendants. | NO. 2:19-cv-1781 <br><br> JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT <br> [Fed. R. Civ. Proc. 12(a)] |

The parties acting through counsel stipulate that the date by which defendant, The People of the State of California, acting by and through the Department of Transportation (erroneously sued a CALIFORNIA DEPARTMENT OF TRANSPORTATION) may respond to the complaint of ANNIVERSARY

CALLISTER LAW GROUP
330 East Charleston Boulevard, Suite 100
Las Vegas, NV 89104
Tel. (702) 333-3334 Fax. (702) 385-2899

1  MINING CLAIMS, LLC is extended for thirty-one (31) days up to and including

2  March 30, 2020.

3

4  DATED: 2/26/2020

5                                      JEANNE E. SCHERER, JERALD M. MONTOYA,
                                       STEVEN J. DADAIAN, ERICK L. SOLARES,
6                                      CHRISTOPHER HIDDLESON, JULIE DEL RIVO

7                                      By __/s/ Jacqueline O. Rosen, Esq._____
                                       Attorneys for Defendant, The People of the State
8                                      of California, acting by and through the
                                       Department of Transportation
9

10

11 DATED: 2/26/2020

12                                     CALLISTER LAW GROUP

13                                     By _/s/ Mitchell S. Bisson, Esq._____
                                       Attorneys for Plaintiff,  Anniversary Mining
14                                     Claims, LLC, a Nevada Limited Liability
                                       Company
15

16

17     IT IS SO ORDERED.

18

19

20     UNITED STATES MAGISTRATE JUDGE
       DATED: February 27, 2020
21

22

23

24

25

26

27

28